FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CW7940
(Inmate Number)

PHILIP J. BARR
(Name of Plaintiff)

Box 99901
(Address of Plaintiff)

Pittsburgh PA 15233

vs.

James Munley   Tom Ridge   Martin Horn

RW Myers   Larry Davis   Mitchell Whitman

Wakefield   Gaertner
(Names of Defendants)

1: CV 00-2174
(Case Number)

COMPLAINT

FILED
SCRANTON
DEC 13 2000
PER ___KMF___
DEPUTY CLERK

TO BE FILED UNDER:   ✓   42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
too many times

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
   ✓ Yes   ___ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ✓ Yes   ___ No

   If your answer is no, explain why not ___

C. Is the grievance process completed?   ✓ Yes   ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  Larry Davis  is employed as  LT  at  SSCI-R

B. Additional defendants  James Munley, sellout at USMDC; Tom Ridge, Veep Hopeful - sti Harrisburg; Horn, Comm of DOC, Camp Hill; RW Myers, Super @ SSCI-R; Mitchell, CO @ SSCI Whiteman, Wakefield and Gaertner, the Three Stooges @ SSCI-R

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. I was assaulted by Davis and Mitchell for no reason. Two ribs were busted... Ridge needs to better control his animals somehow. he's responsible! Games were played by and I was ignored by: Munley, Horn, Myers, Gaertner, Whitman and Wakefield. Now don't sing it - bring it chumps... you got homefield advantage - a corrupt courtroo there's more than nine of you against one, now, better odds than when I was assaulte

2. 2-on-one, with my hand busted prior to the assault to begin with. The bottom line is this ain't noone running off to 1600 Penn Ave anytime soon. time we pick 12!!!!!

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. My ribs were busted in a malicious and unwarranted assault that has only gone ignored because I'm right and plan on proving it some day! For the pain, suffering and constant game playing that's followed my brutal beating I seek a reward of $1,000,000,000 (one-billion dollars) Lord knows how steep future medical treatment and care will be!

2. _____

3. _____

Signed this ___31___ day of ___October___, 19_00_.

_____Philip J Bau_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___10/31/00___                    _____Philip J Bau_____
(Date)                              (Signature of Plaintiff)