In USMDC - Harrisburg

BARR
-v-
Munley, et al.

1:00-CV-02174

Judge Kane

ORIGINAL   Motion for Summary Judgement

FILED HARRISBURG
JAN 2 - 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

his plaintiff, once the victim of a heinous assault causing two busted ribs to the same, so...

...stice in Munley's court. Had I known the prejudices I'd be forced to face, the insult to this...

...and the intelligence... I sought justice and found myself more barbarically attacked...

...sked for this court appearance to right some very serious wrongs perpetrated by those w...

...ssaulted me and those who jumped on their bandwagon to fraud justice. I seek the damage...

...ask $1,000,000,000.00 (one-billion-dollars) because I have more than suffered enough...

...this court to set aside a trial date so I most certainly can prove such and exactly...

Philip J. Barr

PHILIP J. BARR

pro-se plainti...

12/22/00

In USMDC - Harrisburg

BARR : 1:00-CV-02174
-v-
Munley, et al. : Judge Kane

Motion for Summary Judgement
----

This plaintiff, once the victim of a heinous assault causing two busted ribs to the same,

ought justice in Munley's court. Had I known the prejudices I'd be forced to face, the insu[lts]

[illegible — obscured]

I asked for this court appearance to right some very serious wrongs perpetrated by thos[e]

who assaulted me and those who jumped on their bandwagon to fraud justice. I seek the

damages I ask $1,000,000,000.00 (one-billion-dollars) because I have more than suffered

[en]ough. I ask this court to set aside a trial date so I most certainly can prove such a [claim]

Philip J Barr

PHILIP J. BARR

pro-se plaintiff

12/22/00

-v-

munley, et al. ; Judge Kane

## Motion for Summary Judgement

This plaintiff, once the victim of a heinous assault causing two busted ribs to the s[...]

sought justice in Munley's court. Had I known the prejudices I'd be forced to face, the [...]

this plaintiff's intellegence... I sought justice and found myself [...]

I asked for this court appearance to right some very serious wrongs perpetrated by [...]

who assaulted me and those who jumped on their bandwagon to fraud justice. I seek the [...]

I ask $1,000,000,000.00 (one-billion-dollars) because I have more than suffered en[...]

[...] this court to set aside a trial date so I most certainly can prove such an[...]

Philip J. Ba[...]

PHILIP J. BA[...]

pro-se plaint[...]

12/22/00

In USMD C- ~~Scranton~~ Harrisburg

BARR
-v-
manley, etal.

1: 00-cv-02174

Judge Kane

## Certificate of Service

This is to satify the courts that this orders the service of the enclosed three copies of

the plaintiffs motion of Summary Judgement be serviced on opposing counsel to whom I ha[ve]

[not been served] at this time in the manner specified below:

Service through first-class mail

to: Opposing Counsel

Address Unknown

Philip J. Barr

PHILIP J BARR
PO Box 99901
Pittsburgh PA 15[...]