FILED
HARRISBURG
JAN 2 - 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

In USMDC- Harrisburg
Barr
-v-
Munley, et al.

1:00CV-2174
Judge Kane
ORIGINAL

CR: 7.5 Brief for Motion of Summary Judgement

1) This plaintiff intends to prove far beyond reasonable doubt before a jury of his peers that Larry Davis by his own accord knowingly and willingly violated this plaintiff's US Constitutional rights of Cruel and Unusual Punishment (USC, Amend VIII) and Due Process (USC, Amend V and XIV, Sect I) when Davis knowingly and willingly violated DoC Policy of having this plaintiff transferred to a section of SCI-Rockview without the accompaniment of a video camcorder.

2) This plaintiff intends to prove far beyond reasonable doubt before a jury of their peers that was done only so Larry Davis and his partner-in-crime Mitchell could carry out their heinous and needless assault on me — before another CO, mind you. Thus violating this plaintiff's US Constitutional rights of Cruel and Unusual Punishment (USC, Amend VIII) and Due Process (USC, Amend V and XIV, Sect I) as of such a needless crime. If I was "out of control" every CO in that camp would've jumped me — so didn't one who was in the very room at the time?!!!

3) This plaintiff intends to prove far beyond reasonable doubt before a jury of his peers that Davis further violated this plaintiff's US Constitutional rights of Cruel and Unusual Punishment (USC, Amend VIII) and Due Process (USC, Amend V and XIV, Sect I) by lying on paperwork to cover up his dastardly attack. This plaintiff did 120 days RHU time for allegedly failing to produce a urine the morning of Feb 6, 1999. This plaintiff holds in his possession a letter from the Security Lieutenant of SCI-Pittsburgh, Mr. Clarence W. Blakey, stating I did indeed fail to produce a urine sample April 24, 2000, resulting in my first drug-related offense. April 24, 2000 — that's only 1 year, 2 mos and 19 days (don't forget leap year) after I was assaulted for "alleged" very alleged drug-related crimes" at SCI-Rockview on Feb 6, 1999. You can say anything Larry — back it!!!!! Yes, a first failed-urine test at SCI-P and noone here broke my ribs!!!!!

4) This plaintiff intends to prove far beyond reasonable doubt before a jury of his peers that SCI-R Super, RW Myers was informed of this assault via proper DoC grievance procedure. And, that by refusing to do anything, including separating this plaintiff from

assailants, Rangers did indeed knowingly and willingly violate this plaintiff's US C[onstitution]al rights of Cruel and Unusual Punishment (USC, Amend VIII) and that of Due Process (USC, [Amend V] and XIV, sect I) as a result of such blatant behavior.

5) This plaintiff intends to prove far beyond reasonable doubt before a jury of his peers that Martin [?] deliberately and maliciously violated this plaintiff's US Constitutional rights of Cruel and Unusual [Punish]ment (USC, Amend VIII) and that of Due Process (USC, Amend V and XIV, Sect I) when he also r[efused] to acknowledge the need of separation from my assailants, despite the appealed grievance br[ought to] his attention as well as several letters personally sent from me to him concerning the matter [he] didn't want to hear of. That was till I first filed suit against him!

6) This plaintiff intends to prove far beyond reasonable doubt before a jury of their peers that Gaerther, [?] and Wakefield are Cruel and Unusual Punishment (USC, Amend VIII) and that of Due Process (USC, Amen[d V and] XIV, sect I) by ignoring my pleas for a separation from my assailants, while harrassing me every [day] with their stories of attempts to help Davis and Mitchell cover up their tracks, thus aiding and ab[etting] criminals.... Criminal Conspirators they became themselves!!!!!

7) This plaintiff intends to prove far beyond reasonable doubt before a jury of his peers that Tom [Ridge,] Gov. of this state, head of PA DOC knowingly and willingly violated this plaintiff's US Constitutional [rights] of Cruel and Unusual Punishment (USC, Amend VIII and Due Process (USC, Amend V and XIV, Sect I) [by] having such behavior and criminal activity go on in an SCI-Camp, billed as... "The House Tom [Ridge] Built." Well, "Housebuilder Tom"... You now find yourself responsible for not better controlling th[e] animals that roam the house you built. I mean that SS squad of yours when I say "real ani[mals,]" I sure can't tell with that swaztika on their church's windows,

8) This plaintiff intends to prove far beyond reasonable doubt before a jury of his peers that J[ames] Munley did knowingly and willingly violate this plaintiff's US Constitutional Rights of Cruel an[d] Unusual Punishment (USC, Amend VIII) and Due Process (USC, Amend V and XIV, Sect I) by doing e[very]thing in his power, as judge of USMD Courts in Scranton, to further aide and abeit the [?] criminals who assaulted me, including deliberately attempting to allow the statutes of Limitation[s] to expire, thus allowing criminals to get away with what they did to me and he wouldn't have t[o] work. It was a good run; unfortunate for you it was your time that ran out, Munley. Yo[u] really thought I was gonna let you get away with letting my assailants get away with what they did to me? You need help!!!!!

12/26/00

doesn't excuse the past, the pain I continue to feel and future complications, X-rays have indeed confirmed my ribs are still messed up badly; so, yes I hope each and everyone of you goons is as happy today as you were on Feb 99. Must be... the Staties are on your Munley's on your team... well, I'm not and I'm the one you assaulted!!!! Hairline fracture - my ass -- My ribs were busted Rockview. And you know it!

You just gotta lie!!!!

O) yes, their Plaintiff will have his good name tarnished with taunts, ridicule, and unjustly earmarked labels as "belligerent," "arrogant," "rebellious," "disrespectful" - poppy cake! I am a law abiding citizen who believes in justice and that the punishment should fit the crime... "Belligerence," "arrogance," "rebellion" and "disrespect"; "If I am guilty of such... are not crimes to begin with. Assault is a crime, Conspiracy is a crime, aiding and abetting criminals is a crime. You are criminals!!!!!

0) Therefore, I being the victim of such perpetrated crimes have no other choice but to continue abiding by the laws of the land and seek justice. Yes, this we once cancelled due to religious beliefs... beliefs I still profess... Indeed I'm so religious, I'm looking forward to the day I can watch my assailants and their cohorts-in-crime Burn in Hell for what they did to me and put me through as a result of their criminal cover-ups. I wasn't even allowed to receive copies of USC - 1983's from Munley's Scranton clerk of Courts - I needed to make up my own - a blatant violation of my US Constitutional rights... of Cruel and Unusual Punishment (USC, Amend VIII) and Due Process (USC Amend V and XIV, sect 1). I have the right to seek justice. You criminals can cry, "Prove your allegations," all you want - You're the one who had a judge that won't schedule a court date. So, go ahead ... you pick the twelve... all twelve and a court date... I will be there!!!
And you ask, "Whose he think he is ... one-billion-dollars?!" You should be asking, "Why's he telling us 'it's so easy?'" Oh, I tried to have you arrested - the cops bought your bull ... I won't -- You made me mad, Larry Davis... very, very mad!!!!

Philip J Berg
PHILIP J. BERG
pro-se plaintiff

In USMDC - Harrisburg

Barr : 1:00 CV - 2174
-v- :
Manley, et al. : Judge Kane

## Certificate of Service

This is to satisfy the courts that this orders the service of the enclosed 12 (twelve) copies of this plaintiff's beief for motion of Summary Judgement, as stipulated in LR: 7.5 of USMDC rules, be serviced on opposing counsel to whom I have no address for at this time and each of the defendants named in this Civil Action in the manner specified below:

Service through first-class mail

to: opposing Counsel
Address Unknown

Philip J Barr
PHILIP J. BARR
pro-se plaintiff

12/26/00

PHILIP J. BARR
Box 99901
Pittsburgh PA 15233