

see
att

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP J. BARR,                              :
      Plaintiff                         : CIVIL NO. 1:CV-00-2174
                                        :
    v.                                    :
                                        :
MUNLEY, ET AL.,                               : (Judge Kane)
                                        :
      Defendants                        :

## ORDER

**NOW, THIS** 8 **DAY OF JANUARY, 2001,** upon consideration of the facts that the court has not yet determined whether service of the complaint in this matter is warranted pursuant to the screening requirements of 28 U.S.C. § 1915 and, consequently, the defendants have not been served with the complaint, **IT IS HEREBY ORDERED THAT:** plaintiff's motion for summary judgment (Doc. 6) is **DENIED** without prejudice as premature.

                                              _____
                                              Yvette Kane
                                              United States District Judge

YK:mcs

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-02174   Barr v. Munley

True and correct copies of the attached were mailed by the clerk to the following:

Philip James Barr
SCI-PITTSBURGH
CW7940
P. O. Box 99901
Pittsburgh, PA  15233

cc:
Judge                          (—)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other USMS                     ( )

                                                MARY E. D'ANDREA, Clerk

DATE:  1/8/01                                   BY: _____
                                                    Deputy Clerk