ORIGINAL

FILED
HARRISBURG, PA
JAN 22 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RECEIVED
JAN 22 2001
PER _____ DEPUTY CLERK
HARRISBURG, PA.

(10)
1/23/0[1]

Clerk of Courts,

I would seriously like to know why after 3 attempts at your "We'll make up the Rules as we go along" games I was never informed by anyone of the availability of a court-appointed attorney to help me prepare briefs and motions I needed. I got weeks before James Munley's attempt of having Statutes of Limitations run out on criminals goes into affect and every time I am charged $150— to seek justice I have yet to see a court date? I know — I understand... Welcome to the USSA's most bogus court system! I got an order dated Jan 8, 2001 by Judge Kane. What's up with that? I never consented to such. And, if I don't remember Rule #1 of your own game was a jurisdiction consent form requiring my signature. I of[ten] refuse such and have the case re-assigned to the Magistrate Judge (should be J. Andrew Smyers in H-burg). No offense — but if you think I'm letting a judge of Munley's stature let him get away with his dastardly plot — I bet if the case ever came to court it was be discovered he ordered my ribs busted — why he's hidden the truth for so long. These matters need to be looked into effective immediately because I being railroaded yet again by the USSA!!!!! Well, the lawyer I won't need — they're nothing but sell-out[s]. But, knowing the option was available would've been nice!!!!!

Most sincerely,

Philip J Bau[er]

pro-se plain[tiff]

1/10/01

PS Coincidentally... this plaintiff is no longer employed by SCI-P. Employment here is now pending. No, it has nothing to do with injuries stemming from my '98 assault, although on Jan 6, 01 my lifting capabilities were curtailed due to my rib injury... two total different incidents!