In US MD Courts - Harrisburg

Barr                  1:CV-00-2174
  -v-
Munley et al.         Judge Kane

Service of Complaint to Defendants

It is hereby requested by this plaintiff that the Defendants do indeed be serviced by the US Marshals office

both the complaint and the 285 forms of the US Marshals office. This is done as directed under Civil Actions

ORIGINAL

11
1/23/01

Philip J Bar
PHILIP J. B.
pro-se pla
4/10/01

FILED
HARRISBURG
JAN 2 2 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

In USMD Courts - Harrisburg

Barr
  -v-                : 1:CV-00-2174
munley, et al,    : Judge Kane

Certificate of Service

This is to notify the courts of this plaintiff's request to service the defendants copies of their complaint

in accordance to rule 12 Civil Actions Procedures be serviced to their counsel at the address I still have

knowledge of in the manner listed as follows. Opposing counsel is to receive the three copies enclosed for t

Service: first-class mail to:

Defense Counsel

Address Unknown

FILED
HARRISBURG

JAN 2 2 2001

MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK

Philip J Barr
PHILIP J. BARR
pro-se plaintiff
Box 99901
Pittsburgh PA 15
1/10/01