In U.S. Dist Court - Harrisburg

1:CV-00-2174

Barr
-v-
Munley, et al.   Judge Kane

Motion to Subpena Medical X-Rays

ORIG

(12)

FILED 1/23/0
HARRISBURG
JAN 22 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Obviously, this case comes down to credibility. Although Rockview knew the extent of my condition they went

lie and down play it, claiming I was not injured in the way I claimed. Continual pain led SCI-P to re-X-ray my

in Nov '00. There results were not shocking to me. But to someone told I have had a hairline fracture at best they

sure were! Therefore, I am asking that my medical X-rays taken at both SCI-R (in Feb '99) and SCI-P (Nov

nearly two years - but not quite) be subpenaed and held by the courts for final determination of credibility.

This plaintiff believes this motion fully states its reasons and should (PJB) be allowed to fall under

Rule 7.5(a); therefore, no brief will follow.

Philip J Barr
PHILIP J. BARR
pro-se plaintiff
1/12/01

Barr -v- : 1:CV-00-2174
Manley, et al. : Judge Kane

## Certificate of Service

This is to notify the courts of this plaintiff's "Motion to Subpena Medical X-Rays" three enclosed copies be serviced the Defense Counsel I still have no knowledge (in the manner) - PJB of listed as follows:

Service: first-class mail to:

Defense Counsel

Address Unknown

Philip J Barr
PHILIP J. BARR
pro se plainti[ff]
Box 99901
Pittsburgh PA
1/12/01