in US MDC - Harrisburg

Barr
-v-
Munley, et al.; Judge Kane

ORIGINAL

1:CV-00-2174

FILED
HARRISBURG, PA
FEB 15 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

(13)
opposing counsel
copy #1
2-16

Motion to Subpena Evidence

Despite the fact that my arrogant opposion insist I "prove my allegations" and still refuse to pick the [...] so I can; I know - what a drag - I, have other things I could be spending my time doing, too; so indeed their ga[me] playing is most unappreciated from me as well; I mean really - I'll persue them to the gates of Hell to see justice final[ly] prevail since it won't in this Commie State with the likes of Munley on the bench. Therefore I ask this court to su[b]pena the following documents listed below: the copy of the grievance I filed in '99 about this assault and has n[o] doubt been altered or destroyed by SCI-Rockview. Also Rockview's rubbished supply of PRC interviews with [me] from Feb '99 - April '00. I know - they tried to be slick and cover their criminal conspiracy intent and practices by writing dumb shit like "Barr mumbled something" - but they want me to "prove my allegat[ions]" so I shan't fail! Also I need my medical records from SCI-P subpenaed, especially the ones pertaining [to] Rockview's most bogus claim that I suffered "a hairline fracture" - I don't need X-rays or medical experien[ce to] know the pain I feel is from more than "a hairline fracture" but let's humor the chumps and the jury of their peers - shall we!!! Also the security office at SCI-P has a letter on file claiming my April 24, 00 writeup here was [my] first statewide drug offense. Again - gotta humor the jurors... Rockview's lies are bound to make 'em sick!!!!! Finally 4/7/01 I was given a job again at SCI-P, But it's obvious to all any attempt to lift more than 10 lbs (1/20 my bod[y] weight) cause great pain to my already busted and forever damaged ribs. Damn shame it is too... they tell m[e] "prove my allegations" and come up with a co-conspirating "judge" in Munley who wouldn't let me. Well I said I'll persue my assailants to the gates of Hell to finally have Justice prevail. I gave them every thing they wanted home court advantage (a corrupt courtroom), a nepotistic relative of a "judge", even their pick of the jury. I think hav[ing] the evidence I am requesting will no doubt "prove my allegations" to a jury of Steve Wonder's peers... anyone can see I [was] assaulted and conspired against!!!!! This plaintiff feels this motion provides enough evidence of its content and mean[ing]

to clearly fall under LR 7.5 (a) therefore no brief will follow unless directed by the courts, I just [pray?] the day finally comes when this assaulted plaintiff can "prove his allegations" because my assailants and the[ir] co-defendants are not getting away with this. Lord knows they've certainly tried or they'd have picked the twel[ve?]

how about it, Munley?

Philip J Ba[rr]
PHILIP J. BAR[R]
pro-se plainti[ff]
1/8/01

In USMDC - Harrisburg

Barr : 1-CV:00-2174
-v-
Munley, et al. : Judge Kane

## Certicate of Service

The enclosed three copies of this plaintiff's Motion to Subpena Evidence written and sent on th the 8th day of February, 2001 are to be served upon opposing counsel whose address is still unk to me in the manner stated below:

send first-class mail to:

Oppossing Counsel
Address Unknown

February 8, 2001

Philip J Barr
PHILIP J. BARR
pro-se plaintiff
AKA/ CW7940
Box 99901
Pittsburgh PA 1533