ORIGINAL
FILED
HARRISBURG, PA
MAR 15 2001
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

In USMD Courts

Barr : Case #: Unknown
-v-
Munley : Judge Kane   1-00-rv-2174

## Motion for Summary Judgement

This is to inform the court that sometime ago a previous Motion for Summary Judgement was filed, denied and my case just simply ignored. I have [not] heard one word from opposing counsel. Therefore I again seek the sum originally sought for pain, suffering and future medical bills...$1,000,000 (one-billion-dollars). I was once told by a former opposing counsel "prove your allegations" — that's up to Munley to set the trial date so I can. Now, as the victim of a most malicious assault I have no other choice but to seek immediate relief from this motion; filed, but ignored.

3/9/01

Philip J.
PHILIP J.
pro-se pla[intiff]

In USMD Courts

BARR : Case #: Unknown
-v-
McNLEY : Judge Kane

## Certificate of Service

This is to certify the service of the three enclosed copies of Plaintiff's Motion for Summary Judgement to the opposing counsel I still have no knowledge of because I've received no acknowledge for previous Motion for Summary Judgement. This is to be served in the matter:

Send- First Class Mail
to: Opposing Counsel
Address unknown

3/9/01

Philip J Barr
PHILIP J. BA(RR)
pro-se plainti(ff)
Box 99901
Pittsburgh P(A)
1(...)