In USMD Courts

Barr
 -v-
Munley

Case # - unknown

Judge Kane

FILED
HARRISBURG, PA
MAR 26 2001
MARY E. D'ANDREA, CLE[RK]
Deputy Clerk

### Brief Supporting Motion of Summary Judgement

This plaintiff again seeks relief under Summary Judgement for the following:

1) On Feb 6, 1999 two ribs were busted in an assault of this plaintiff by Larry Davis and C.O. Mitchell of Rockview. This blatant violation of this plaintiff's US Constitutional Rights of Cruel and Unusual Punishment (Amend VIII) and Due Process (Amend V and XIV, Sect I).

2) Myers, Gaertner, Whitman, Wakefield and Horn were all aware of my being assaulted. Their failure to act in any manner is not only blatant violation of this plaintiff's US Constitutional Rights of Cruel and Unusual Punishment (Amend VIII) and Due Process (Amend V and XIV, Sect I) but their own D.O.C. policies and procedures.

3) Ridge is responsible for controlling such malicious behavior and has therefore violated this plaintiff's US Constitutional R[ights] of Cruel and Unusual Punishment (Amend VIII) and Due Process (Amend V and XIV, Sect I) as Governor of this State.

4) Munley is in violation of this plaintiff's US Constitutional Rights of Cruel and Unusual Punishment (Amend VIII) and Due Process (Amend V and XIV, Sect I) for his blatant arrogant prejudices, allowing both my US Constitutional Rights and myself to go violated... T[wo] ribs were busted 2-6-99, are still a mess today, and will be for the rest of my life; and some public defender cries "Pro[ve] your allegations" before proceding to continually harrass me and you do nothing about it.

5) I was told by this same public defender I was "not interested in prosecuting"... I have a letter from the Centre Count[y] telling me he "will not prosecute till a judge tells him to." And, Munley was fully aware of this and still failed to act or care a[bout] my being assaulted; easy for him to cry I'm arrogant - have his lawyer pick the twelve and prove his allegations.

6) Arrogant? - M'oi? - No I'm pissed at the arrogance and failure of the US Judicial System by jerks like Munley, I did [what] I needed to. I filed my paperwork in true, faithful nature... I don't need to lie or blatantly cheat anyone, Mun[ley]. And, I never took an oath to respect you or your position. However, you took an oath to uphold my US Constitutional [Rights] Like it or not... you are criminal!

7) That's right this plaintiff refuses to accept such an injustice... I was assaulted, injured for life... Munley refused [to] do his job, I seek a trial to bring justice back to the US Judicial System after Munley's debauchery of such.

8) This plaintiff now seeks Summary Judgement and the one-billion-dollars asked for; because I have no problem[s] proving my "allegations" — that's why no chance was given me by Munley. It's time to protect VicTiMs; not yoursel[ves].

Most Sincerely Submitted,

Philip J Barr

PHILIP J. BARR

3/15/01