**JUDGE'S COPY**

In US MD Courts

Barr
-v-
Munley, et al. : Judge Kane

cv:1:00 2174

Motion for a Speedier Trial

FILED
HARRISBURG
APR 20 2001
MARY E. D'ANDREA, CLERK
Per_____
~~DEPUTY CLERK~~

First filed back in Jan. my motions of all types have just suddenly gone ~~approved~~ not getting any healthier and as of April 7, 2001 Martin Horn's forced labor camp policies to see me work when Lord knows I can't come to a stop when I was fired from my position by SCI-P. It really is time to quit his from the public what you all did to me on Feb 6, 1999 and every day after and pick the twelve. After all as I stated... as sure as I was assaulted and maimed for life... I'm not getting any healthier. This motion explains itself to the fullest, falling under LR 7.5(a), so no motions brief will follow. This mot is supported by the US Constitution (Amend VII).

Philip J Barr
PHILIP J. BARR
pro-se plaintiff
4/16/01

In USD Courts

Bart             : CV:1:00-2174
-v-
Munley, et al.   : Judge Kane

## Certificate of Service

This is to certify the service of the three copies of plaintiff's motion for a speedi[ly] upon opposing counsel (whom still has yet to acknowledge previously filed motions therefore rema[in] annonymous to this plaintiff, only trying to do his American duties and have a horrible injustice to justice). So kindly send whomever their copies so we can get down to business in the manner below:

Send : First class mail
to: opposing counsel
    address unknown

4/16/01

Philip J B[...]
PHILIP J. B[...]
pro-se pla[intiff]
Box 9990[...]
Pittsburgh [...]