In US MD Courts

Barr
-v-   CV # 2174
Mankey, et al ; Judge Kane

JUDGE'S COPY

<u>Motion to Sequester Information</u>

This pro-se plaintiff has been given nothing but a hard time and then ignored since first fi[ling] action in an assault upon him, thus violating my US Constitutional Right (USC, Amend VII). I get no satis[factory] responses from filing the previous motions I have, and, I want the following information pertaining to CV [#2174]:

1) The names of both leading counsel
2) Address to opposing counsel
3) The status of CV # 2174
4) The status of all motions filed by this pro-se counsel, opposing counsel and their d[ates]

This motion is requested proper and in good faith and falling under LR 7.5(a), Therefore, no brief will follow.

FILED
HARRISBURG
MAY 14 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Philip J. Ba[rr]
PHILIP J. BA[RR]
pro-se plain[tiff]
5/8/01

In USMD Courts

Barr : CV # 2174
-v-
Manley, etd: Judge Kane

## Certificate of Service

This is to certify the service of the three (3) copies of this pro-se plaintiff's Motion to Sequester Information upon opposing counsel, who has yet to rebuff any motions or even make themselves known to this pro se plaintiff:

> Send: First-class Mail
> to: Opposing Counsel
> Address Unknown

5/8/01

Philip J Barr
PHILIP J. BARR
pro-se plaintiff
Box 99901
Pittsburgh PA
15233