(18) dm
5-15-01

1:00-CV-2174

```
Wed May  2 14:25:44 2001

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 83558
Cashier       rich

Tender Type   CHECK

Check Number: 56643

Transaction Type   AR

D0 Code   Div No   Acct
4667      3        5100PL

Amount         $      1.67

PHILIP BARR   SCI-PITTSBURGH   BOX
99901  PITTSBURGH, PA 15233

PARTIAL FILING FEE - CV-00-2174


cn
Wed May  2 14:25:44 2001

Check No. 56643
Amount:    1.67
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

**FILED**
**SCRANTON**

MAY 15 2001

PER _____
        DEPUTY CLERK