00 CV 2174

㉓
86
10-16-01

Thu Sep 27 11:24:36 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 85314
Cashier       rich

Tender Type   CHECK

Check Number: 60018

Transaction Type   AR

D0 Code    Div No    Acct
 4667       3        5100PL

Amount              $   1.31

SCI PITTSBURGH PO BOX 99901 PITTSBURGH, PA 15233

PARTIAL FILING FEE 00-CV-2174 PHILIP BARR

**FILED**
**SCRANTON**

cn            SEP 2 7 2001

Thu Sep 27 11:24:36 2001
        PER
Check No. 60018      DEPUTY CLERK
Amount$    1.31
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667