00-CV-2174

(25)
KM
1/14/02

(Termed) - Consolidate
into 1:CV 001466

```
Fri Jan  4 14:07:18 2002

    UNITED STATES DISTRICT COURT
      SCRANTON       , PA

Receipt No.   333 86436
Cashier       tanya

Tender Type: CHECK

Check Number: 61907

Transaction Type   AR

DØ Code    Div No      Acct
 4667        3         5100PL

Amount              $    1.12

SCI PITTSBURGH PØ BØX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2174 PHILIP
BARR
```

**FILED**
**SCRANTON**

**JAN 04 2002**

PER _____ DEPUTY CLERK

Check No. 61907
Amount $   1.12
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667