1:00-2174

27
ᴅⱳ
2/28/02

TERMED
CONSOL

```
Thu Feb 28 10:53:22 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.    333 87093
Cashier        tanya

Tender Type  CHECK

Check Number: 63072

Transaction Type   AR

DO Code    Div No      Acct
4667         3         5100PL

Amount            $      1.31

SCI PITTSBURGH PO BOX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2174 PHILIP
BARR

          FILED
        SCRANTON

on
        FEB 2 8 2002
Thu Feb 28 10:53:22 2002

Check No: 63072
Amount: $1.31
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```