00-2174

28
W
4-11-02

```
Wed Apr 10 10:39:35 2002

   UNITED STATES DISTRICT COURT

   SCRANTON      , PA

Receipt No.  333 87610
Cashier      tanya

Tender Type  CHECK

Check Number: 63913

Transaction Type   AR

DØ Code   Div No    Acct
 4667       3      5100PL

Amount           $    1.14

SCI PITTSBURGH PØ BOX 9901 PITTSBURG
H, PA 15233

PARTIAL FILING FEE 00-CV-2174 PHILIP
BARR
```

**FILED**
**SCRANTON**

APR 1 0 2002

_____TS_____
DEPUTY CLERK

Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:00 CV 2174

TERMED

CONSOL