```
Mon May  6 16:22:11 2002

UNITED STATES DISTRICT COURT
   SCRANTON        , PA

Receipt No.  333 87963
Cashier      rich

Tender Type  CHECK

Check Number: 64543

Transaction Type  AR

DO Code    Div No    Acct
4667         3       5100PL

Amount          $    1.10

PHILIP BARR  SCI PITTSBURGH, PA 15233

FILING FEE - CV-00-2174


cn
Mon May  6 16:22:11 2002

Check No. 64543
Amount:      1.10
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00CV2174 (29)
Consolidated-Termed km 5/7/02
into 3:00CV1466
Appeal shelf