00-2174

30
6/10/02

1:00 CV 2174

TERMED

```
Fri Jun  7 11:48:57 2002

UNITED STATES DISTRICT COURT
SCRANTON         , PA.

Receipt No.   333 88349
Cashier       tanya

Tender Type  CHECK

Check Number: 65343

Transaction Type   AR

DØ Code    Div No    Acct
4667         3       5100PL

Amount              $     1.25

SCI PITTSBURGH PØ BOX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2174 PHILIP
BARR
```

FILED
SCRANTON

JUN 0 7 2002

on

Fri Jun  7 1...

PER _____ DEPUTY CLERK

Check No. 65343
Amount    1.25
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667