00-2174

(31) 86
8-1-02

(CFR)

```
Mon Jul 15 11:29:12 2002

UNITED STATES DISTRICT COURT
SCRANTON    , PA

Receipt No.   333 80786
Cashier       tanya

Tender Type  CHECK

Check Number: 66001

Transaction Type   AR

DO Code    Div No     Acct
4667         3        5100PL

Amount          $      1.20

SCI PITTSBURGH PO BOX 99901 PITTSBUR
GH, PA 15233

PARTIAL FILING FEE 00-CV-2174 PHILIP
BARR
```

FILED
SCRANTON
JUL 15 2002

DEPUTY CLERK

```
Mon Jul 15 11:29:12 2002
Check No. 66001
Amount:    1.20
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```